**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**KINDRED HEALTHCARE, ET AL**                                    **PLAINTIFFS**

**vs.**                                              **CIVIL ACTION NO. 3:15CV-433-CRS**

**HOMELAND INSURANCE COMPANY**
**OF NEW YORK**                                                   **DEFENDANT**

**ORDER**

Counsel having filed a Joint Stipulation of Voluntary Dismissal Without Prejudice (DN 32),

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to Defendant Homeland Insurance Company of New York.

Date:  July 7, 2016

*[signature]*

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record